# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4723
_____

EDDIE J. ANGLIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

May 2, 2018

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Eddie J. Anglin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.